IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUN -6 AM 8: 18
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

LAURA A. TAVERNIER, M.D.,

    Plaintiff,

vs.                                    NO. 03-2423-Ma/P

THE UNIVERSITY OF TENNESSEE COLLEGE
OF MEDICINE, JOHN E. MIDTLING, M.D.
(individually and in his official capacity), HENRY G.
HERROD, M.D. (individually and in his official
capacity), RAY WALKER, M.D. (individually and
in his official capacity), and NANCY MADDOX, J.D.
(individually and in her official capacity),

    Defendants.

---

## ORDER ALLOWING MEMORANDUM TO EXCEED PAGE LIMITATION

---

Before the Court is the June 2, 2005 motion filed by Defendants requesting permission to exceed the Local Rule page limitation. For good cause shown, the Court grants the motion. Defendants may exceed the twenty (20) page limitation.

IT IS SO ORDERED this 3d day of June, 2005.

                                                  /s/ signature

                                                  SAMUEL H. MAYS, JR.
                                                  UNITED STATES DISTRICT COURT

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 6-7-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 107 in case 2:03-CV-02423 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Jeffery A. Jarratt
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Georgia A. Robinette
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

James M. Simpson
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Eugene S. Forrester
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Heather Webb Fletcher
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT