IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

LAURA A. TAVERNIER, M.D.,

    Plaintiff,

VS.                                    NO. 03-2423-Ma

THE UNIVERSITY OF TENNESSEE
COLLEGE OF MEDICINE, ET AL.,

    Defendants.

---

ORDER EXTENDING RESPONSE DEADLINES

---

Before the court is plaintiff's June 15, 2005, unopposed motion to extend the deadlines for responding to defendants' motions for summary judgment. For good cause shown, the motion is granted.

Plaintiff's deadline for responding to the motion for summary judgment of defendants University of Tennessee College of Medicine, John Midtling, M.D. (in his official capacity), Henry Herrod, M.D. (in his official capacity), Ray Walker, M.D. (in his official and individual capacities), and Nancy Maddox (in her official and individual capacities), is July 18, 2005.

Plaintiff's deadline for responding to the motion for summary judgment of defendant John Midtling, M.D. (in his individual capacity) is July 18, 2005.

Plaintiff's deadline for responding to the motion for summary judgment of defendant Henry Herrod, M.D. (in his



individual capacity) is July 19, 2005.

All other deadlines previously set in this matter remain in effect pending further order of the court.

It is so ORDERED, this 17th day of June, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 112 in case 2:03-CV-02423 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Heather Webb Fletcher
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Jeffery A. Jarratt
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Eugene S. Forrester
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Georgia A. Robinette
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

James M. Simpson
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable Samuel Mays
US DISTRICT COURT