IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LAURA A. TAVERNIER, M.D.,

    Plaintiff,

V.                                        NO. 03-2423-MaP

THE UNIVERSITY OF TENNESSEE
COLLEGE OF MEDICINE, ET AL.,

    Defendants.

---

ORDER GRANTING PERMISSION TO FILE
RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT AND
RESPONSES TO UNDISPUTED MATERIAL FACTS

---

Before the court is plaintiff's July 18, 2005, motion to file responses to defendants' various motions for summary judgment and statements of undisputed material facts which exceed the local rule page limitation. For good cause shown, the motion is granted. The following responses to defendants' motions for summary judgment are allowed and are filed as of July 18, 2005:

1.  Response to Defendant Henry G. Herrod, M.D.'s Motion for Summary Judgment (filed in his individual capacity), and response to his statement of undisputed material facts.

2.  Response to defendant John E. Midtling, M.D.'s Motion for Summary Judgment In His Individual Capacity, and the response to his statement of undisputed material facts.

3.  Response to Defendants' The University of Tennessee College of Medicine, John E. Midtling, M.D. (In His Official Capacity), Henry G. Herrod, M.D. (In His Official Capacity), Ray Walker (In His Individual an Official Capacities), and Nancy Maddox (In Her Individual and Official Capacities) Motion for Summary Judgment, and the response to their statement of undisputed material facts.

It is so ORDERED this 19th day of July, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 124 in case 2:03-CV-02423 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

James M. Simpson
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Georgia A. Robinette
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jeffery A. Jarratt
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Eugene S. Forrester
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Heather Webb Fletcher
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Honorable Samuel Mays
US DISTRICT COURT