IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LAURA A. TAVERNIER, M.D.,

    Plaintiff,

V.                                          NO. 03-2423-MaP

THE UNIVERSITY OF TENNESSEE
COLLEGE OF MEDICINE, ET AL.,

    Defendants.

ORDER CONTINUING TRIAL AND SETTING STATUS/SCHEDULING CONFERENCE
AND ORDER ON MOTION FOR EXTENSION OF TIME TO RESPOND

Before the court is the July 12, 2005, joint motion of the parties to continue the trial, schedule a status conference, and extend plaintiff's deadline for responding to pending motions for summary judgment. For good cause shown, the motion to continue the trial date and set a status conference is granted. The pretrial conference and the jury trial presently set on September 9, 2005, and September 19, 2005, respectively, are continued in order to allow the parties to pursue mediation. In the event the case is not settled through mediation, a **status** conference is set on **Friday, September 16, 2005, at 10:00 a.m.**, at which time a new trial date will be set.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___7-25-05___

The parties' motion for an extension of time for plaintiff to respond to pending motions for summary judgment is **moot**, since plaintiff filed her responses on July 18, 2005.

It is so ORDERED this 20th day of July, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 126 in case 2:03-CV-02423 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

Georgia A. Robinette
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jeffery A. Jarratt
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

James M. Simpson
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Eugene S. Forrester
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Heather Webb Fletcher
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Honorable Samuel Mays
US DISTRICT COURT