IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ C.O. D.C.

05 AUG 22 PM 4: 33

THOMAS L. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

LAURA A. TAVERNIER, M.D.,

    Plaintiff,

V.                                    NO. 03-2423-MaP

THE UNIVERSITY OF TENNESSEE
COLLEGE OF MEDICINE, ET AL.,

    Defendants.

---

ORDER GRANTING PERMISSION TO FILE SUR-REPLY
IN FURTHER SUPPORT OF MOTION FOR SUMMARY JUDGMENT

---

Before the court is plaintiff's August 17, 2005, motion to
file a sur-reply to the reply of defendants University of
Tennessee College of Medicine, John E. Midtling (in his official
capacity), Henry G. Herrod (in his official capacity), Ray Walker
(in his individual and official capacities), and Nancy Maddox (in
her individual and official capacities) to plaintiff's response
to motion for summary judgment.  For good cause shown, the motion
is granted and plaintiff may file her sur-reply.

It is so ORDERED this 19½ day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___8·25·05___

150

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 150 in case 2:03-CV-02423 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Heather Webb Fletcher
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

James M. Simpson
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Georgia A. Robinette
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Jeffery A. Jarratt
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Eugene S. Forrester
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103


Honorable Samuel Mays
US DISTRICT COURT